OCTOBER TERM, 1922. 755

260 U. S. Cases Disposed of Without Consideration by the Court.

No. 140. UNITED STATES v. CHARLES MILANESE. Error to the District Court of the United States for the Southern District of New York. November 13, 1922. Dismissed, on motion of Mr. *Solicitor General Beck* for the United States. No appearance for defendant in error.

No. 170. SALMON RIVER CANAL COMPANY, LIMITED, v. THOMAS SANDERSON. Error to the Supreme Court of the State of Idaho. November 13, 1922. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. James H. Richards* and *Mr. Oliver O. Haga* for plaintiff in error. *Mr. E. M. Wolfe* for defendant in error.

No. 461. CENTRAL POWER & LIGHT COMPANY v. TOWN OF POCAHONTAS ET AL. On petition for a writ of certiorari to the Supreme Court of the State of Arkansas. November 13, 1922. Dismissed with costs, on motion of counsel for petitioner. *Mr. Joe T. Robinson, Mr. Joseph W. House, Jr., Mr. Charles T. Coleman* and *Mr. H. L. Ponder* for petitioner. No appearance for respondents.

No. 479. ALABAMA & VICKSBURG RAILWAY COMPANY ET AL. v. LOUIS F. DENNIS. Error to the Supreme Court of the State of Mississippi. November 13, 1922. Dismissed, per stipulation. *Mr. J. Blanc Monroe, Mr. Monte M. Lemann, Mr. R. H. Thompson, Mr. S. L. McLaurin* and *Mr. Walter J. Suthon, Jr.,* for plaintiffs in error. *Mr. William H. Watkins* and *Mr. Marion W. Reily* for defendant in error. [See *ante*, 726.]

No. 131. AMERICAN RAILWAY EXPRESS COMPANY v. HANNA R. KRISTIANSON, ETC. Error to the Supreme Court of the State of South Carolina. November 24, 1922. Dismissed, per stipulation. *Mr. Robert C. Alston, Mr. Blair Foster* and *Mr. Mark Reynolds* for plaintiff in error. *Mr. L. D. Jennings* and *Mr. A. S. Harby* for defendant in error.